UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARTIN GALATON, individually and on behalf of all others similarly situated, </br></br>　　　　　　　Plaintiff,</br>v.</br>WILLIAM D. JOHNSON, ET. AL,.</br>　　　　　　　Defendants | CASE No. 5:11-cv-00397-D |

## ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING FINAL APPROVAL OF STATE COURT SETTLEMENT

On this day the Court considered Plaintiff's Consent Motion to Stay Proceedings Pending Final Approval of State Court Settlement. The motion is granted, and it is hereby ordered that the case is stayed until the North Carolina Business Court's determination as to final approval of the pending state court settlement. Within ten (10) days of the issuance of a decision by the North Carolina Business Court regarding final approval of the settlement, the parties shall advise this Court of the decision, and its perceived impact on this case.

DATED: 9/30/11

_____
United States District Judge